IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00513-KLM

MARY E. SPENDRUP, individually and on behalf of Quentin O. Spendrup,

  Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

  Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

  This matter is before the Court on the parties' **Joint Motion for Entry of Judgement** [sic] [#89][1] (the "Motion").

  IT IS HEREBY **ORDERED** that the Motion [#89] is **GRANTED**. Accordingly,

  IT IS FURTHER **ORDERED** that the Clerk of the Court shall enter **FINAL JUDGMENT** in favor of Plaintiff in the amount of **$1,514,30.00**.

  Dated: May 21, 2014

---

[1] "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.