IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00513-KLM

MARY E. SPENDRUP, individually and on behalf of Quentin O. Spendrup,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

_____

**FINAL JUDGMENT**
_____

    This matter was tried before a jury on May 12-15, 2014.  At the conclusion of the trial the jury rendered a verdict in favor of Plaintiff, finding by a preponderance of the evidence that the total economic damages Plaintiff suffered as a result of her husband's death was $2,165,300.00.  The jury also awarded Plaintiff $336,000.00 in noneconomic damages. The parties agree that offsets totaling $987,000.00 should be deducted from Plaintiff's recovery.  Plaintiff, therefore, is awarded $1,514,300.00 in damages.  Accordingly, the Court further finds that judgment shall enter in favor of Plaintiff and against Defendant with regard to Plaintiff's breach of contract claim.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), **FINAL JUDGMENT** is hereby entered in this matter as follows.

    IT IS HEREBY **ORDERED** that **JUDGMENT is hereby entered** in favor of Plaintiff in the amount of $1,514,300.00.

IT IS FURTHER **ORDERED** that pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, Plaintiff is awarded her reasonable costs incurred in bringing this action.  Plaintiff shall file her Bill of Costs with the Court in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

IT IS FURTHER **ORDERED** that Plaintiff is awarded post-judgment interest under 28 U.S.C. § 1961, currently set at the rate of 0.09 % from the date of entry of judgment until the award is satisfied.

Dated: May 22, 2014 at Denver, Colorado.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/ Edward P. Butler
Edward P. Butler
Deputy Clerk


APPROVED AS TO FORM:

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge

2