IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00513-KLM

MARY E. SPENDRUP, individually and on behalf of Quentin O. Spendrup,

  Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

  Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' **Joint Motion to Vacate Evidentiary Hearing** [#116] (the "Motion"). The parties state that they have conferred regarding the dispute that precipitated the Writ of Garnishment [#107] and have reached a mutual agreement. *Motion* [#116] at ¶ 2. Accordingly,

   IT IS HEREBY **ORDERED** that the Motion [#116] is **GRANTED** and the Evidentiary Hearing set for February 22, 2016 at 1:30 p.m. is **VACATED**.

   Dated: February 19, 2016

1